# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

**FILED**
NOV 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| v. | |
| CARL WALTON, JR. | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70730-WDB | 08-87-04-CR-W-SOW | 4-08-70730-WDB | 08-87-04-CR-W-SOW |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

**charging a violation of** Title 21  **U.S.C. §** Sec. 841(a)(1) and (b)(1)(C) and 846

**DISTRICT OF OFFENSE**
WESTERN DISTRICT OF MISSOURI, WESTERN DIVISION, KANSAS CITY

**DESCRIPTION OF CHARGES:**

Conspiracy to Distribute Ecstacy

**CURRENT BOND STATUS:**

☒ Bail Fixed at $100,000 Unsecured Personal Recognizance (PR) Bond shall be transferred to the District of Offense.

☒ Other (specify) On 11/25/08, the defendant waived his Identity/Removal Hearing in the District of Arrest.

| Representation: | ☒ Retained Own Counsel | ☐ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| Interpreter Required? | ☒ No | ☐ Yes | Language: | |

NORTHERN **DISTRICT OF** CALIFORNIA, OAKLAND DIVISION

It is hereby ordered that the defendant must report to the U.S. District Court, Western District of Missouri, Western Division, Kansas City, before Magistrate Judge **Robert E. Larsen** on **Thursday, December 11, 2008 at 11:00 a.m.**, and when summoned by that District, and to abide by further orders of that Court.

11-26-08
Date

Wayne D. Brazil
United States Judge or Magistrate Judge   WAYNE D. BRAZIL

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|