UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-0432 SBA | |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO APRIL 20, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) | | |
| CARL WALTON, ) | | |
| Defendant. ) | Date: | March 16, 2010 |
| ) | Time: | 9:00 a.m. |
| ) | Court: | Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from March 16, 2010 to April 20, 2010, and that time be excluded under the Speedy Trial Act between March 16, 2010 and April 20, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. Current counsel has been reviewing the limited discovery included in previous counsel's file and has requested additional discovery from the assigned Assistant United States Attorney in the Western District of Missouri. It is expected that this additional discovery will be provided shortly. Defense counsel will need time to review that discovery and discuss it with the defendant, and perform any necessary legal research and investigation. Defense counsel will be out of the office for two weeks this month. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-0432 SBA                3

best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from March 16, 2010 to April 20, 2010 at 9:00 a.m., and that time between March 16, 2010 and April 20, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED: 3/15/10

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-0432 SBA                    4