UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0432 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MAY 18, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| CARL WALTON, | ) ) | |
| Defendant. | ) ) ) ) ) | Date:    April 20, 2010<br>Time:   9:00 a.m.<br>Court:   Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from April 20, 2010 to May 18, 2010, and that time be excluded under the Speedy Trial Act between April 20, 2010 and May 18, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.  Current counsel has been reviewing the limited discovery included in previous counsel's file and requested additional discovery from the assigned Assistant United States Attorney in the Western District of Missouri.  This week, the defense received for the first time a packet of discovery from the United States Attorney's Office in the Western District of Missouri.  Defense counsel will need time to review that discovery and discuss it with the defendant, and perform any necessary legal research and investigation.  The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-0432 SBA                          3

1  outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing

2  therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

3  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from

4  April 20, 2010 to May 18, 2010 at 9:00 a.m., and that time between April 20, 2010 and May 18,

5  2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,

6  taking into account the exercise of due diligence.

7

8  DATED: 4/19/10

   *Saundra B Armstrong*
   HON. SAUNDRA BROWN ARMSTRONG
9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-0432 SBA                    4