1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5                           OAKLAND DIVISION
6
7  UNITED STATES OF AMERICA,          )    No. CR-09-0432 SBA
                                      )
         Plaintiff,                   )    ORDER GRANTING STIPULATED
8                                     )    REQUEST TO CONTINUE HEARING
      v.                              )    DATE TO JUNE 15, 2010 AND TO
9                                     )    EXCLUDE TIME UNDER THE SPEEDY
   CARL WALTON,                       )    TRIAL ACT
10                                    )
         Defendant.                   )    Date:  May 18, 2010
11                                    )    Time:  9:00 a.m.
                                      )    Court: Hon. Saundra Brown
12                                    )           Armstrong
                                      )
13

14
        The parties jointly requested that the hearing in this matter be continued from May 18,
15
2010 to June 15, 2010, and that time be excluded under the Speedy Trial Act between May 18,
16
2010 and June 15, 2010 to allow for the effective preparation of counsel, taking into account the
17
exercise of due diligence, and continuity of defense counsel.  Current counsel has been
18
reviewing the limited discovery included in previous counsel's file and requested additional
19
discovery from the assigned Assistant United States Attorney in the Western District of
20
Missouri.  The defense recently received a packet of discovery from the United States Attorney's
21
Office in the Western District of Missouri.  Defense counsel needs additional time to review that
22
discovery and discuss it with the defendant, and perform any necessary legal research and
23
investigation.  The parties agree the ends of justice served by granting the continuance outweigh
24
the best interests of the public and defendant in a speedy trial.  For these stated reasons, the
25
Court finds that the ends of justice served by granting the continuance outweigh the best interests
26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-0432 SBA            3

of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from May 18, 2010 to June 15, 2010 at 9:00 a.m., and that time between May 18, 2010 and June 15, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED: 5/17/10

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge