1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5                           OAKLAND DIVISION
6

| UNITED STATES OF AMERICA, | ) | No. CR-09-0432 SBA |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING STIPULATED |
| | ) | REQUEST TO CONTINUE HEARING |
| v. | ) | DATE TO JULY 13, 2010 AND TO |
| | ) | EXCLUDE TIME UNDER THE SPEEDY |
| CARL WALTON, | ) | TRIAL ACT |
| | ) | |
| Defendant. | ) | Date:   June 15, 2010 |
| | ) | Time:   9:00 a.m. |
| | ) | Court:  Hon. Saundra Brown |
| | ) | Armstrong |
| _____ | ) | |

The parties jointly requested that the hearing in this matter be continued from June 15, 2010 to July 13, 2010, and that time be excluded under the Speedy Trial Act between June 15, 2010 and July 13, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. Counsel has been reviewing the limited discovery included in previous counsel's file and a packet of discovery from the United States Attorney's Office in the Western District of Missouri. Defense counsel needs additional time to review that discovery and discuss it with the defendant, and perform any necessary legal research and investigation. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

1        **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from June
2   15, 2010 to July 13, 2010 at **200 p.m.**, and that time between June 15, 2010 and July 13, 2010 is
3   excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into
4   account the exercise of due diligence.

6   DATED: _6/14/10                                    _____
                                                       HON. SAUNDRA BROWN ARMSTRONG
7                                                      United States District Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-0432 SBA                 4